

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00133-CV

**IN RE** Rudy Wilkins **DE LA GARZA**, Maria Ysais and Idea Apps, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: March 16, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On March 3, 2022, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019-CV-06052, styled *Dawn Prieskorn v. Rudy Wilkins De La Garza, Marie Ysais, and Idea Apps LLC*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.